1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs PATRICK CONNALLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>PACKAGING STORE; MAURICE A. WEINGER and EMILY F. WEINGER, as trustees of the MAURICE A. WEINGER and EMILY F. WEINGER REVOCABLE INTERVIVOS TRUST; and SATISH MATHUR, an individual dba PACKAGING STORE,<br><br>    Defendants. | **CASE NO. C04-4075 SBA**<br><br>**STIPULATION AND ORDER CONTINUING THE EXPERT DISCLOSURE DEADLINE** |

The parties, by and through their counsel of record, stipulate to a continuance of the expert disclosure deadline currently set for June 17, 2005. The parties are in the midst of settlement discussions and are scheduled to appear at a settlement conference before the Honorable Wayne D. Brazil on June 27, 2005. As the parties are hopeful that this matter will settle at the settlement conference, if not before, and do not feel that disclosure of experts is necessary for nor will facilitate settlement, they would like to avoid the time and costs

STIPULATION AND [PROPOSED] ORDER CONTINUING THE EXPERT DISCLOSURE DEADLINE                                1

associated with such disclosure.  Therefore, the parties stipulate to and respectfully request continuance of the expert disclosure deadline to July 5, 2005.

Dated: June 16, 2005                     THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*


                                         By:   /s/
                                              Jennifer L. Steneberg
                                         Attorneys for Plaintiffs PATRICK CONNALLY
                                         and DISABILITY RIGHTS ENFORCEMENT,
                                         EDUCATION SERVICES

Dated: June 16, 2005                     LAW OFFICES, DONALD J. DESHAW
                                         MANAGING ATTORNEY


                                         By:   /s/
                                              R. Lawrence Bragg
                                         Attorneys for Defendants MAURICE A.
                                         WEINGER and EMILY F. WEINGER

Dated: June 16, 2005                     LAW OFFICES, WILLIAM J. DIFFENDERFER
                                         MANAGING ATTORNEY


                                         By:   /s/
                                              William S. Ginsburg
                                         Attorneys for Defendant SATISH MATHUR

## **ORDER**

     IT IS HEREBY ORDERED that the deadline for disclosure of expert witnesses is continued to July 5, 2005.


 Dated: June 20, 2005

                                          /s/ Saundra Brown Armstrong
                                         Hon. Saundra Brown Armstrong
                                         UNITED STATES DISTRICT JUDGE