UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, et al., | No. C 04-4075 SBA (WDB) |
| Plaintiff(s). | |
| v. | ORDER REMOVING DEFENDANTS PACKAGING STORE AND SATISH MATHURS' CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT FROM ELECTRONIC CASE FILING SYSTEM |
| PACKAGING STORE, et al., | |
| Defendant(s). | |

The Court hereby removes defendant Packaging Store and Satish Mathurs' Settlement Conference statement, filed electronically on June 23, 2005, from the Court's electronic filing system. The statement will be lodged with the undersigned's chambers.

IT IS SO ORDERED.

Dated: July 5, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
    All parties, WDB

1